UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CURTIS RICHARDSON, | ) | C/A No. 4:13-1368-RBH-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CECILIA REYNOLDS, WARDEN OF KCI, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, appearing *pro se*, filed his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on February 4, 2013. In his petition, Petitioner argues that SCDC and SCDPPPS illegally changed his sentence date causing him to remain incarcerated when he should have been released on June 1, 2013. The relief Petitioner seeks is to be "release from prison and or release on furlough or /and re-entry as is mandated via 24-21-32 on June 1." (Doc. # 1).

On September 4, 2013, Respondent filed a motion for summary judgment along with a memorandum and exhibits in support. Petitioner filed a response in opposition on October 1, 2013. On December 12, 2013, Petitioner filed a notice of change of address. (Doc. #45).

The parties are given five (5) days from the date of this order to inform the court of the status of Petitioner's custody and, if released, their position on how it affects this action if at all.

AND IT IS SO ORDERED.

                                                s/Thomas E. Rogers, III
                                                THOMAS E. ROGERS, III
                                                UNITED STATES MAGISTRATE JUDGE

May 15, 2014
Florence, South Carolina.