AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Curtis Richardson, a/k/a Curtis D. Richardson, a/k/a Curtis Dale Richardson<br>*Plaintiff*<br>v.<br>Cecilia Reynolds, Warden of KCI<br>*Defendant* | Civil Action No.     4:13-cv-1368-RBH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The petition is dismissed with prejudice.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   June 17, 2014                                             *CLERK OF COURT*


                                                                    s/Debbie Stokes
                                                          *Signature of Clerk or Deputy Clerk*